McHARG, RECEIVER, et al., v. STAAKE.[1]

CERTIORARI TO THE CIRCUIT COURT OF APPEALS FOR THE FOURTH CIRCUIT.

No. 214. Argued March 15, 16, 1906,—Decided April 30, 1906.

PER CURIAM: As the facts in this case are practically the same as those set forth in the preceding and the legal principles are identical, this is also

*Affirmed.*

MR. JUSTICE HARLAN, MR. JUSTICE WHITE and MR. JUSTICE PECKHAM dissented in both cases.